UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BEST ) | |
|       Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | 4:24-CV-110-FL |
| NYS GOVERNMENT, NYS ) | |
| LEGISLATURE, and STATE OF NEW ) | |
| YORK, ) | |
|       Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on March 21, 2025, and for the reasons set forth more specifically therein, that this action is DISMISSED..

**This Judgment Filed and Entered on March 21, 2025, and Copies To:**
Timothy Best (via US mail) 210 E. Firetower Road, Winterville, NC 28590

March 21, 2025                        PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                        (By)    Sandra K. Collins, Deputy Clerk